HELEN E. BING and Others, etc., Respondents, and ROSE I. LINDLER and MORRIS R. SPELFOGEL, Intervenors, Respondents, v. CONSOLIDATED OIL CORPORATION and Others, Defendants. BLAIR & CO., INC., Appellant.— Order

unanimously affirmed, with twenty dollars costs and disbursements to the plaintiffs-respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

